No. 6653.—BENÍTEZ REXACH, como MANAGER DEL ESCAMBRÓN BEACH CLUB, aplte., v. PILLADO, apldo.—C. D. San Juan. Noviembre 13, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Celebrada la vista de la moción para desestimar y apareciendo que el apelante no ha radicado alegato a pesar de que la última prórroga que tenía para presentarlo venció en junio 18 de 1934, se declara con lugar la moción y por tanto se desestima la apelación establecida en este caso contra sentencia dictada por la Corte de Distrito de San Juan en febrero 12, 1934.

No. 6735.—NADAL VDA. DE DEL MORAL, ETC., aplda., v. DOMÍNGUEZ, aplte.—C. D. Mayagüez. Diciembre 12, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, habiendo la parte apelante explicado satisfactoriamente la demora en la presentación de su alegato, el cual ha sido radicado ya en la secretaría de este Tribunal, no ha lugar a la desestimación solicitada.